UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTON LEE ALDERMAN,

                Plaintiff,

   v.

PIERCE COUNTY PROSECUTOR'S OFFICE, et al,

                Defendants.

Case No. 3:17-cv-05171-RBL-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation [Dkt. #9];

(2) Plaintiff's amended complaint fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983, because absolute prosecutorial immunity applies to the complaint on its face; and

(3) Plaintiff's amended complaint, and therefore this action, hereby is DISMISSED with prejudice and without leave to amend.

Dated this 17th day of July, 2017.

*[signature]*

Ronald B. Leighton
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1